Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3127

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VARTAM AROYAN, et al., <br><br> Defendant. | CASE NO. 2:12-cv-09674-WDK-PLA <br><br> JUDGMENT AND ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT <br> (Proposed) |

THIS MATTER having come before the Court on Plaintiff's Motion to Enforce Settlement Agreement, and the Court having considered the pleadings and been otherwise advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion to Enforce Settlement Agreement is **GRANTED** and it is further **ORDERED AND ADJUDGED** that Plaintiff is awarded final judgment against the Defendant in the amount of **$10,000.00 (Ten Thousand Dollars)** and that said judgment shall be fully enforceable by this Court.

///
///
///
///

Pursuant to the stipulation executed between the parties, the parties filed a proposed Order Granting Stipulated Judgment (ECF #28). (Plaintiff's Exhibit) 1, which is now deemed executed by this Court therefore fully enforceable immediately and as a matter of law.

**It is so ordered:**

_____  Dated: February 12, 2015
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

# Exhibit 1

THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 2:12-cv-09674-WDK-PLA |
| Plaintiff, | |
| vs. | STIPULATED JUDGMENT |
| VARTAN AROYAN, ET AL., | |
| Defendants. | |

## TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Ten Thousand Dollars ($10,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff J & J SPORTS PRODUCTIONS, INC., and against VARTAN AROYAN, individually and d/b/a EL HALCON DE ORO; and HUGH CARTER, INC., an unknown business entity d/b/a EL HALCON DE ORO.

///
///
///

1  The Parties, and each of them, waive any and all rights to seek a stay of enforcement of
2  said judgment and further request that this Honorable Court enter the requested and stipulated
3  judgment only in the event of default of the Parties' settlement agreement and written
4  notification of same to this Honorable Court by counsel of record.

Dated: 8/7/14

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 7-30-2014

MANNING AND KASS ELLROD RAMIREZ TRESTER, LLP
By: Donald R. Beck
Attorneys for Defendants
VARTAN AROYAN, individually and d/b/a EL HALCON DE ORO; and HUGH CARTER, INC., an unknown business entity d/b/a EL HALCON DE ORO

///
///
///
///
///
///
///

STIPULATED JUDGMENT
CASE NO. 2:12-cv-09674-WDK-PLA
Page 2

## PROOF OF SERVICE (SERVICE BY ELECTRONIC MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 21, 2014, I served:

**STIPULATED JUDGMENT**

On all parties in said cause by electronic mailing same to the defendant's counsel at the following email address(es):

Mr. Donald R. Beck, Esquire                                     (Attorneys for Defendants)
**MANNING AND KASS ELLROD RAMIREZ TRESTER, LLP**
801 South Figueroa Street, 15th Floor
email: drb@manningllp.com

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 2, 2014, at South Pasadena, California.

Dated: July 2, 2014                         *s/Vanessa Ventura*
                                            **VANESSA VENTURA**

STIPULATED JUDGMENT
CASE NO. 2:12-cv-09674-WDK-PLA
Page 3

1  THOMAS P. RILEY, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7
                          UNITED STATES DISTRICT COURT
8                         CENTRAL DISTRICT OF CALIFORNIA

9

10 J & J SPORTS PRODUCTIONS, INC.,          CASE NO. 2:12-cv-09674-WDK-PLA

11            Plaintiff,

12                                          [Proposed] ORDER GRANTING
         vs.                                STIPULATED JUDGMENT
13
14 VARTAN AROYAN, ET AL.,

15            Defendants.

16

17
          TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR
18 ATTORNEY/S OF RECORD:
19

20        By and through their counsel, the Parties to the above-entitled action hereby stipulate and
21 respectfully request that judgment in the amount of Ten Thousand Dollars ($10,000.00) inclusive of
22 attorneys' fees and costs be entered in favor of Plaintiff J & J SPORTS PRODUCTIONS, INC.,
23 and against VARTAN AROYAN, individually and d/b/a EL HALCON DE ORO; and HUGH
24 CARTER, INC., an unknown business entity d/b/a EL HALCON DE ORO.
25 ///
26 ///
27 ///
28

STIPULATED JUDGMENT
CASE NO. 2:12-cv-09674-WDK-PLA
Page 1

1  The Parties, and each of them, waive any and all rights to seek a stay of enforcement of
2  said judgment and further request that this Honorable Court enter the requested and stipulated
3  judgment only in the event of default of the Parties' settlement agreement and written
4  notification of same to this Honorable Court by counsel of record.

**IT IS SO ORDERED:**

_____     Dated:_____
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

STIPULATED JUDGMENT
CASE NO. 2:12-cv-09674-WDK-PLA
Page 2

## PROOF OF SERVICE (SERVICE BY ELECTRONIC MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 30, 2014, I served:

[Proposed] ORDER GRANTING STIPULATED JUDGMENT

On all parties in said cause by electronic mailing same to the defendant's counsel at the following email address(es):

Mr. Donald R. Beck, Esquire                                        (Attorneys for Defendants)
MANNING AND KASS ELLROD RAMIREZ TRESTER, LLP
801 South Figueroa Street, 15th Floor
email: drb@manningllp.com

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 30, 2014, at South Pasadena, California.

Dated: July 30, 2014                  *s/Vanessa Ventura*
                                      **VANESSA VENTURA**

STIPULATED JUDGMENT
CASE NO. 2:12-cv-09674-WDK-PLA
Page 3

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 15, 2014, I caused to serve the following documents entitled:

**ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT (Proposed)**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

| | |
|---|---|
| Mr. Donald R. Beck, Esquire<br>**MANNING AND KASS, ELLROD RAMIREZ, TRESTERM LLP**<br>801 South Figueroa Street, 15th Floor<br>Los Angeles, CA 90017 | (Attorney for Defendant)<br>Vartan Aroyan<br>Hugh Carter Inc. |

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 15, 2014, at South Pasadena, California.

Dated: September 15, 2014        /s/ Maria Baird
                                 **MARIA BAIRD**

///